JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN LOZANO,<br><br>    Petitioner,<br><br>  v.<br><br>WARREN L. MONTGOMERY,<br>Warden,<br><br>    Respondent. | Case No. 2:19-cv-02267-MAA<br><br>**JUDGMENT** |

   Pursuant to the Memorandum Decision and Order Denying First Amended Petition for Writ of Habeas Corpus,

   IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED:  October 26, 2020

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE